

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00117-CV

_____

CHRISTIAN CHAMBLISS, Appellant

V.

ENCLAVE AT BRINKER, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2023-01014-JP

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On August 21, 2023, we notified Appellant Christian Chambliss that an appellant's brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  September 21, 2023